UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WIMBISH AND PATRICIA ONKEN,

Plaintiffs,

-against-

IBM, INC.,

Defendant.

23 CIVIL 08327 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated May 27, 2026, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**    New York, New York

May 28, 2026                                              **TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**